# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

**UNITED STATES OF AMERICA**

**v.**

**NERY ALDAMI CRUZ-AGUILAR**

No. 2:25-mj-00108-KFW

## COMPLAINT

I, Scott M. Hanton, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT ONE
### (Re-Entry After Prior Deportation)

On about March 12, 2025, in the District of Maine, the defendant,

**NERY ALDAMI CRUZ-AGUILAR**

an alien, was found in the United States of America after having been previously removed therefrom on about July 23, 2021 through Alexandria, Louisiana, and not having obtained the express consent of the United States Attorney General, or its successor, the Secretary of the U.S. Department of Homeland Security, to reapply for admission to the United States of America.

In violation of Title 8, United States Code, Section 1326(a).

The complainant states that this complaint is based on the attached affidavit, which is incorporated by reference.

_____
Scott Hanton
United States Border Patrol
Border Patrol Agent

Sworn to telephonically and signed
electronically in accordance with the
requirements of Rule 4.1 of the Federal Rules
of Criminal Procedures

Date: Mar 18 2025

City and state: Portland, Maine

_____
Karen Frink Wolf,  U.S. Magistrate Judge
*Printed name and title*