## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NERY ALDAMI CRUZ-AGUILAR | No. 2:25-mj-108-KFW |

## NOTICE OF DISMISSAL

NOW COMES the United States of America, by and through Craig M. Wolff, Acting United States Attorney for the District of Maine, and Peter Brostowin, Assistant United States Attorney and dismisses the Complaint herein, with leave of the Court, pursuant to Fed. R. Crim. P. 48(a).

Dated: April 17, 2025

Respectfully submitted,

CRAIG M. WOLFF
Acting United States Attorney


*/s/ Peter I. Brostowin*
Peter I. Brostowin
Assistant United States Attorney
United States Attorney's Office
100 Middle Street, 6th Floor
Portland, Maine 04101
(207) 780-3257

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 17, 2025, I filed the foregoing Notice of Dismissal with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

      **Corey Stone, Esq.**

      CRAIG M. WOLFF
      Acting United States Attorney

      */s/ Peter I. Brostowin*
      Peter I. Brostowin
      Assistant United States Attorney
      United States Attorney's Office
      100 Middle Street, 6th Floor
      Portland, Maine 04101
      (207) 780-3257